## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



LAWRENCE A. STEIN

VS.

CIVIL NO. 98-1748 (JAF)

ROYAL BANK OF CANADA

| DESCRIPTION OF MOTIONS | O-R-D-E-R-S |
|---|---|
| DATE FILED: 10/05/99   DOCKET: **20**<br>[] Plaintiff(s)   [x] Defendant(s)<br>TITLE: MOTION by Royal Bank of Canada requesting nunc pro tunc to Amend [18-1] judgment order | *Granted* |
| DATE FILED: 10/05/99   DOCKET: **21**<br>[] Plaintiff(s)   [X] Defendant(s)<br>TITLE: AMENDED MOTION by Royal Bank of Canada requesting nunc pro tunc to Amend [18-1] judgment order | *Granted* |
| DATE FILED:   DOCKET:<br>[] Plaintiff(s)   [] Defendant(s)<br>TITLE: | |
| DATE FILED:   DOCKET:<br>[] Plaintiff(s)   [] Defendant(s)<br>TITLE: | |

12-22-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE