UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LAWRENCE A. STEIN,

    Plaintiff,

v.                                          Civil No. 98-1748 (JAF)

ROYAL BANK OF CANADA,

    Defendant.

## AMENDED JUDGMENT
## NUNC PRO TUNC

On the basis of the terms and conditions of an Amended Opinion and Order subscribed by the court today, judgment is entered dismissing the complaint *nunc pro tunc* August 12, 1999.

San Juan, Puerto Rico, this 10th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

